**Electronically Filed
Supreme Court
SCWC-29558
28-MAR-2012
09:22 AM**

NO. SCWC-29558

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

LANCE K. BAILEY, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29558; CR. NO. 07-1-0769(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba,
and McKenna, JJ., and Circuit Judge Trader,
in place of Duffy, J., recused)

The Application for Writ of Certiorari filed on

February 16, 2012 by Petitioner/Defendant-Appellant Lance K.

Bailey is hereby rejected.

DATED:  Honolulu, Hawai‘i, March 28, 2012.

Benjamin E. Lowenthal                   /s/ Mark E. Recktenwald
(Law Office of
Philip H. Lowenthal)                    /s/ Paula A. Nakayama
for petitioner/
defendant-appellant                     /s/ Simeon R. Acoba, Jr.
on the application.

                                        /s/ Sabrina S. McKenna

Renee Ishikawa Delizo
for respondent/                         /s/ Rom A. Trader
plaintiff-appellee
on the response.

